```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 09594
    PETER ULBRICHT
    DOROTA LEBIDA                               CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-0026      SSN XXX-XX-8617

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/11/2004 and was confirmed 06/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/22/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
FEDERAL FINANCIAL CREDIT  SECURED             4312.00         268.18       4312.00
GE CAPITAL CONSUMER FINA  SECURED                 .00            .00           .00
GE CAPITAL CONSUMER FINA  UNSECURED         NOT FILED           .00           .00
GREAT BANK OF ALGONQUIN   SECURED                 .00            .00           .00
GREAT BANK OF ALGONQUIN   UNSECURED           15213.42          .00        1521.34
MID AMERICA BANK          CURRENT MORTG          .00            .00           .00
MID AMERICA BANK          SECURED NOT I         .00            .00           .00
ROUNDUP FUNDING LLC       UNSECURED OTH       512.66            .00          51.47
ROUNDUP FUNDING LLC       UNSECURED          2443.46            .00         244.35
ECAST SETTLEMENT CORP     UNSECURED          7184.63            .00         718.46
CAPITAL ONE BANK          FILED LATE         1891.76            .00            .00
CARSON PIRIE SCOTT        UNSECURED           616.86            .00          61.69
ECAST SETTLEMENT CORP     UNSECURED          1074.34            .00         107.43
ECAST SETTLEMENT CORP     UNSECURED          5136.31            .00         513.63
FIRST NORTH AMERICAN NAT  SECURED              500.00          32.07        500.00
CITIBANK NA               UNSECURED         NOT FILED           .00           .00
SHERMAN ACQUISTION        UNSECURED          2277.27            .00         227.73
CITIBANK NA               UNSECURED         NOT FILED           .00           .00
DIRECT MERCHANTS BANK     UNSECURED         NOT FILED           .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED          3591.19            .00         359.12
FEDERAL FINANCIAL CREDIT  UNSECURED         NOT FILED           .00           .00
GAP CARD                  UNSECURED         NOT FILED           .00           .00
HOME DEPOT                UNSECURED         NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          4952.34            .00         495.23
OLD NAVY                  UNSECURED         NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED          5177.70            .00         517.77
SAMS CLUB CREDIT CARD     UNSECURED         NOT FILED           .00           .00
SHERMAN ACQUISITION       UNSECURED           709.45            .00          70.95
ECAST SETTLEMENT CORP     UNSECURED         14988.63            .00        1498.86
FIRST NORTH AMERICAN NAT  UNSECURED           942.97            .00          94.30
CAPITAL ONE BANK          FILED LATE         1019.96            .00            .00
CAPITAL ONE BANK          FILED LATE         1967.78            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 09594 PETER ULBRICHT & DOROTA LEBIDA
```

```
MENARDS                   UNSECURED     NOT FILED             .00              .00
RICHARD E SEXNER          DEBTOR ATTY   1,794.00                          1,794.00
TOM VAUGHN                TRUSTEE                                           727.42
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   14,116.00

PRIORITY                                                   .00
SECURED                                               4,812.00
   INTEREST                                             300.25
UNSECURED                                             6,482.33
ADMINISTRATIVE                                        1,794.00
TRUSTEE COMPENSATION                                    727.42
DEBTOR REFUND                                              .00
                          ---------------        ---------------
TOTALS                    14,116.00                  14,116.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 11/27/07               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE







                              PAGE   2
         CASE NO. 04 B 09594 PETER ULBRICHT & DOROTA LEBIDA